Nettie West, as Administratrix, etc., of Charles E. West, Deceased, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

William Stanton, Respondent, v. International Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event. McLennan, P. J., and Nash, J., voted for reversal upon the grounds that, as matter of law, the defendant was not guilty of negligence, and that the plaintiff was guilty of contributory negligence; Spring and Hiscock, JJ., voted for reversal upon the ground that the verdict of the jury that the plaintiff was free from contributory negligence was against the weight of the evidence; Williams, J., voted for affirmance.

Charles A. Traister, Respondent, v. Fred Wyker, Appellant.— Judgment and order affirmed, with costs. All concurred.

The Singer Manufacturing Company, Respondent, v. J. M. Harris, Appellant.— Judgment affirmed, with costs. All concurred.

Francis W. Bissell, Appellant, v. The Sackett Wall Board Company, Respondent.— Order affirmed, with costs. Held, that the order appealed from granting a new trial, stating no ground therefor, we assume that it was granted on the ground that the verdict was against the weight of the evidence, or the amount thereof excessive, and this court will not interfere with the discretion thus exercised by the trial justice. All concurred, except Hiscock, J., who dissented upon the ground that, in the absence of a statement to that effect in the order, it cannot be assumed that the new trial was granted because the verdict was against the weight of the evidence or for excessive damages; that the order should not, therefore, be affirmed upon the theory that it was granted upon one of those grounds, resting more or less in the discretion of the trial judge, and upon the facts in this case this court should not affirm the order because a new trial ought to have been granted upon one of said grounds.

Helen A. Rieder, as, etc., Respondent, v. Madison County Gas and Electric Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Elizabeth Bird Williams and Others, Respondents, v. Albert G. Hatch, Appellant.— Motion for reargument denied, with ten dollars costs and disbursements.

Edwin T. Marsh, Respondent, v. Silver Lake Ice Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Charles W. Maier, Plaintiff, v. Joseph H. Rebstock, Defendant.— It appearing that the amendment asked for is unnecessary, the motion to amend the order of this court is denied, without costs.

Charles Guthmuller, Appellant, v. The Masonic Life Association of Western New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Nellie I. Grower, as Administratrix, etc., of George M. Grower, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the evidence presented questions of fact as to the negligence of defendant and freedom from contributory negligence of plaintiff's intestate which should have been submitted to the jury.

Patrick W. Cullinan, as State Commissioner of Excise of the State of New York, Appellant, v. Edgar N. Bargar and The Fidelity and Casualty Company of New York, Respondents.— Judgments and order reversed and new trial ordered, with costs to the appellant to abide event, upon questions of law and fact. All concurred; Williams, J., upon questions of law only.

Celina A. Green, as Administratrix, etc., of Charles S. Green, Deceased, Respondent, v. Utica and Mohawk Valley Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Belle C. Archer, Respondent, v. John Gelm, as Sheriff of Chautauqua county, Appellant.— Judgment reversed and new trial ordered, with costs to the appel-